UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL PILJAGIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00753-RLY-CSW |
| | ) |
| SCOTT BEEMAN, | ) |
| NICK OLDHAM, | ) |
| FIDELL MUHAMAD, | ) |
| WALTERS Officer, | ) |
| | ) |
| Defendants. | ) |

**ORDER DISMISSING ACTION**

Magistrate Judge Wildeman recommended that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff Daniel Piljagic's repeated failure to comply with the court's orders. Dkt. 39. Specifically, Magistrate Judge Wildeman noted: (1) Mr. Piljagic's failure to appear at a telephonic status conference; (2) Mr. Piljagic's failure to provide initial discovery disclosures as ordered; (3) Mr. Piljagic's failure to submit a settlement demand by the deadline ordered; and (4) Mr. Piljagic's failure to respond to Magistrate Judge Wildeman's order to show cause why the case should not be dismissed for the preceding failures. There has not been any objection to the report and recommendation or any motion to substitute.

The court **adopts** Magistrate Judge Wildeman's report and recommendation, dkt. [39], in whole. *See GCIU Employer Retirement Fund v. Chicago Tribune Co.*, 8 F.3d 1195, 1198-99 (7th Cir. 1993) ("[A] party cannot decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible.") (quotation marks and citation omitted). This action is **dismissed without prejudice** pursuant to Rule 41(b). The pending motion by Defendants to extend

discovery and dispositive motion deadlines, dkt. [38], is **denied as moot**. The **clerk is directed** to enter final judgment consistent with this order.

    **IT IS SO ORDERED.**

Date: 11/04/2024

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

DANIEL PILJAGIC
7001 Fairwood Dr.
Indianapolis, IN 46256